IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENITA HILL, an individual, | ) |
| Plaintiff, | ) Civil Action No. 2:15-cv-01658-AJS |
| vs. | ) |
| WILLIAM HENRY COSBY, JR. aka BILL COSBY, an individual, | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER TAYBACK, ESQUIRE

Having reviewed Defendant's Motion for Admission *Pro Hac Vice*, the motion is hereby GRANTED in its entirety. Accordingly, Christopher Tayback, Esquire, is admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant, William Henry Cosby, Jr. aka Bill Cosby, an individual.

**IT IS SO ORDERED.**

Date: 1-4-16

The Honorable Arthur J. Schwab